PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (54752)
philip.warden@pillsburylaw.com
ANNE A. FERGUSON (SBN 335541)
anne.ferguson@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
Post Office Box 2824
San Francisco, CA 94126-2824
Telephone:   415.983.1000
Facsimile:    415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
ROBERT WALLAN (126480)
robert.wallan@pillsburylaw.com
DAVID STANTON (208079)
david.stanton@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA. 90017-5406
Telephone:   213.488.7100
Facsimile:    213.629.1033

Attorneys for Defendant Hyundai Steel Company

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>PRIME METALS U.S.A., Inc.,<br><br>　　　　　Debtor.<br><br>RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Prime Metals, U.S.A., Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HYUNDAI STEEL COMPANY, a Korean corp.,<br><br>　　　　　Defendant. | No. 8:17-bk-14535-ES<br><br>CHAPTER 7<br><br>Adversary Proc No. 8:19-ap-01216-ES<br><br>**HYUNDAI STEEL COMPANY'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY ADJUDICATION**<br><br>Judge:　　　Hon. Erithe A. Smith<br>Courtroom:　5A<br>Hearing Date: June 16, 2022<br>Hearing Time: 2:00 PM<br><br>[Notice of Motion, Statement of Undisputed Facts and Conclusions of Law, Memorandum of Points and Authorities, Declarations of Jin Oh, Yong Joo Lee, Philip Warden, and Bruce Strombom, Request for Judicial Notice, Appendix of Unpublished Decisions and [Proposed] Order Granting Motion Filed Concurrently Herewith] |

-1-

-2-

Hyundai Steel Company ("Hyundai"), by and through its undersigned counsel, moves this Court pursuant to Federal Rule of Civil Procedure Rule 56(c), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7056, seeking summary judgment, or in the alternative partial adjudication in the above-captioned Adversary Proceeding filed in the Case of the estate of Prime Metals, U.S.A., Inc. ("Prime" or the "Bankruptcy Case").

Hyundai's motion is supported by the concurrently filed Memorandum of Points and Authorities, Separate Statement of Undisputed Fact and Conclusions of Law, Declaration filed by Philip Warden, any other documents filed in support of the Motion or in this adversary proceeding, and any oral argument on this Motion.

WHEREFORE, Hyundai respectfully requests that this Court enter an order:

1. Granting the Motion; and
2. For such other and further relief as the Court deems just and proper.

Dated: May 5, 2022

PILLSBURY WINTHROP SHAW PITTMAN LLP

By    David Stanton
Attorneys for Defendant
Hyundai Steel Company